UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOAN MACQUARRIE, et al., Plaintiffs, v. NIPPON YUSEN KABUSHIKI KAISHA, et al., Defendants. | Case No. 13-cv-02409-JST<br><br>**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE IN ALL RELATED CASES**<br><br>THIS DOCUMENT RELATES TO ALL CASES |
|---|---|

**NOTICE TO ALL PARTIES:**

The Court will hold a case management conference in all related cases on November 20, 2013, at 10:00 a.m., in Courtroom 9, 19th Floor, 450 Golden Gate Ave., San Francisco, California. Any other case management conference scheduled in any related case is hereby VACATED.

**IT IS SO ORDERED.**

Dated: September 17, 2013

_____
JON S. TIGAR
United States District Judge